• AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar REalty Information and
CoStar Group, Inc.

V.

Atkinson Hunt and
Resource Realty of
   Southern New Jersey

**SUMMONS IN A CIVIL CASE**

CASE  PJM06CV0655

TO: (Name and address of Defendant)

Atkinson Hunt, 4300 Haddonfield Road
             Pennsauken, New Jersey  08109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hugh J. Marbury, DLA Piper Rudnick Gray Cary US LLP
                6225 Smith Avenue
                Baltimore, Maryland 21209

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE  3/13/06

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information and
CoStar Group, Inc.

V.

Atkinson Hunt and
Resource Realty of
   Southern New Jersey

SUMMONS IN A CIVIL CASE

CASE     PJM 06 CV 0655

TO: (Name and address of Defendant)

    Resource Realty of Southern New Jersey, 124 East Camden Avenue
                                                       Moorestown, New Jersey   08057

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hugh J. Marbury, DLA Piper Rudnick Gray Cary US LLP
        6225 Smith Avenue
        Baltimore, Maryland 21209

an answer to the complaint which is herewith served upon you, within    **20**    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon                                               3/13/06
CLERK                                                                      DATE

(By) DEPUTY CLERK