AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar REalty Information and
CoStar Group, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Atkinson Hunt and
Resource Realty of
    Southern New Jersey

CASE

TO: (Name and address of Defendant)

Atkinson Hunt, 4300 Haddonfield Road
              Pennsauken, New Jersey   08109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hugh J. Marbury, DLA Piper Rudnick Gray Cary US LLP
                 6225 Smith Avenue
                 Baltimore, Maryland 21209

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE March 20, 2006 |
| NAME OF SERVER *(PRINT)* Thomas Kenney | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were  Kelly Knight, Stepdaughter accepted for Atkinson Hunt-David R. Atkinson, Pres. at 124 E. Main St. Moorestown NJ 08057

G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  3/21/06
                Date                    Signature of Server

235 s. 13th St Philadelphia PA 19107
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.