AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CoStar Realty Information and
CoStar Group, Inc.

V.

Atkinson Hunt and
Resource Realty of
  Southern New Jersey

**SUMMONS IN A CIVIL CASE**

CASE

TO: (Name and address of Defendant)

Resource Realty of Southern New Jersey, 124 East Camden Avenue
                                          Moorestown, New Jersey  08057

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hugh J. Marbury, DLA Piper Rudnick Gray Cary US LLP
                 6225 Smith Avenue
                 Baltimore, Maryland 21209

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK                                               DATE

(By) DEPUTY CLERK

40 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| ice of the Summons and complaint was made by me⁽¹⁾ | DATE March 15, 2006 |
|---|---|
| ME OF SERVER *(PRINT)* Thomas Kenney | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where    124 East Camden Ave Moorestown NJ 08057, James R. Davis President accepted personally.

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

G  Returned _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  3/15/06
             Date                Signature of Server

235 s. 13th St Philadelphia PA 19107
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.