

$50.00
# 14637708706
✓ FEE PAID
___ FEE NOT PAID
    (SEND LETTER)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

APR 2 1 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC., et al., | |
| Plaintiffs, | Civil Action No. PJM 06CV0655 |
| v. | |
| ATKINSON HUNT, et al., | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE

I, HUGH J. MARBURY, am a member in good standing of the bar of this Court. My bar number is 24653. I am moving for the admission of Keith W. Medansky to appear *pro hac vice* in this case as counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Court:

| Court | Date of Admission |
|---|---|
| Illinois | November 5, 1987 |
| U.S. Supreme Court | 2005 |
| U.S. Northern District of Illinois | December 16, 1987 |
| U.S. Federal Circuit | 1991 |
| U.S. District of Arizona | January 3, 1996 |
| U.S. Tenth Circuit | April 16, 1997 |
| U.S. Eastern District of Wisconsin | March 27, 2000 |
| U.S. Western District of Wisconsin | March 27, 2000 |
| U.S. Seventh Circuit | June 12, 2001 |
| U.S. Ninth Circuit | February 6, 2002 |
| U.S. Central District of Illinois | August 2, 2001 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court one times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he will be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

8. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Hugh J. Marbury (Fed. Bar No. 24653) | Keith W. Medansky |
| DLA Piper Rudnick Gray Cary US LLP | DLA Piper Rudnick Gray Cary US LLP |
| 6225 Smith Avenue | 203 North LaSalle Street, Suite 1900 |
| Baltimore, Maryland 21209 | Chicago, Illinois 60601 |
| 410-580-3000 | 312-368-4000 |
| 410-580-3001 (facsimile) | 312-236-7516 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATKINSON HUNT, et al., <br><br> Defendants. | Civil Action No. PJM 06CV0655 |

## ORDER

Plaintiffs CoStar Realty Information, Inc.'s and CoStar Group, Inc.'s Motion for Admission Pro Hac Vice of Keith W. Medansky, having been read and considered, it is this 21st day of April 2006, ORDERED, that Keith W. Medansky is admitted to appear *pro hac vice* in the above-captioned case.

Felicia C. Cannon

Clerk, United States District Court

By: Catherine M.H. Scaffidi