UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.

and

CoSTAR GROUP, INC.,

            Plaintiffs,

v.

ATKINSON HUNT

and

RESOURCE REALTY OF SOUTHERN
   NEW JERSEY,

          Defendants.

Civil Action No. PJM 06 CV 0655

## MOTION TO EXTEND TIME TO RESPOND

     CoStar Realty Information, Inc. and CoStar Group, Inc., Plaintiffs, by and through their undersigned counsel, move for an extension of time to Thursday, June 1, 2006 for defendants to answer or otherwise respond to the Complaint.

_____
Hugh J. Marbury (Fed. Bar No. 24653)
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

Attorneys for CoStar Realty Information, Inc.
and CoStar Group, Inc.

**SO ORDERED** this _____ day of _____, 2006.

_____
Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April, 2006, a copy of the foregoing Motion to Extend Time to Respond was mailed, postage prepaid to:

David Atkinson
Atkinson Hunt
124 East Main Street
Moorestown, New Jersey 08057

and

James R. David
Resource Realty of Southern New Jersey
124 East Camden Avenue
Moorestown, New Jersey 08057

Hugh J. Marbury

~BALT1:4237350.v1 |4/28/06
308078-7