# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| CoStar Realty Information and<br>CoStar Group Inc.,<br><br>*Plaintiffs*<br><br>　　v.<br><br>Atkinson Hunt and<br>Resource Realty of Southern New Jersey<br><br>*Defendants*. | §<br>§<br>§　　Case No. PJM 06CV0655<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION, TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM, AND/OR TO TRANSFER VENUE

　　　　Defendant Resource Realty and Property Evaluations, Inc. ("Resource Realty") moves this Court, pursuant to Rule 12(b) for an Order dismissing Plaintiff's Complaint, or in the alternative pursuant to 28 U.S.C. § 1404(a) for an Order transferring venue to the United States District Court for the District of New Jersey. The grounds in support of Resource Realty's Motion are set forth in detail in the attached Memorandum of Law.

Dated this 1st day of May, 2006,

　　　　　　　　　　　　　　　　　　　　　　　　　　/Keith R. Truffer/
　　　　　　　　　　　　　　　　　　　　　　　　　　Keith R. Truffer, Bar No. 01153
　　　　　　　　　　　　　　　　　　　　　　　　　　Royston, Mueller, McLean & Reid, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　102 W. Pennsylvania Ave., Suite 600
　　　　　　　　　　　　　　　　　　　　　　　　　　Towson, MD 21204
　　　　　　　　　　　　　　　　　　　　　　　　　　(410) 823-1800

　　　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel
　　　　　　　　　　　　　　　　　　　　　　　　　　Jonathan D. Clemente, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　John W. Hofsaess, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　Clemente Mueller & Tobia, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1296
　　　　　　　　　　　　　　　　　　　　　　　　　　Morristown, NJ 07962-1296
　　　　　　　　　　　　　　　　　　　　　　　　　　(973) 455-8008
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant, Resource Realty
　　　　　　　　　　　　　　　　　　　　　　　　　　and Property Evaluations, Inc.