# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**PETER J. MESSITTE**　　　　　　　　　　　　　　　　　　　　　　　　　6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE　　　　　　　　　　　　　　　　　　　GREENBELT, MARYLAND   20770
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　301-344-0632

## **M E M O R A N D U M**

TO:　　　　Counsel of Record

FROM:　　Lisa Herr
　　　　　　Assistant to Judge Peter J. Messitte

RE:　　　　CoStar Realty Information, Inc., et al. v. Atkinson Hunt, et al.
　　　　　　Civil No. PJM 06-655

DATE:　　May 2, 2006

　　　　　　　　　　　　　　　　　　* * * * * * * *

Please be advised that a hearing has been scheduled for **August 28, 2006, at 10:00 a.m.** re: [13] Defendant Resource Realty's Motion to Dismiss. The parties will be allotted **one and one-half hours for total argument**. Counsel should advise Chambers in writing **immediately** if they expect oral argument to exceed the allotted time frame.

PLEASE NOTE, however, that Judge Messitte may choose to decide this motion on the pleadings before the date scheduled for argument. If so, you will be notified sufficiently in advance of that date.

PLEASE ALSO NOTE:  Counsel should bring copies for both the Court and opposing counsel of the principal cases on which they intend to rely during oral argument. Please also highlight the appropriate text.


Thank you.