UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CoSTAR REALTY INFORMATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Atkinson Hunt, et al., <br><br> Defendants. | Civil Action No. PJM 06 CV 0655 |

### STIPULATION TO EXTEND TIME TO RESPOND
### TO DEFENDANT RESOURCE REALTY'S MOTION TO DISMISS
### PLAINTIFF'S COMPLAINT

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. and Defendant Resource Realty stipulate that Plaintiffs have until Thursday, June 1, 2006 to respond to Defendant's Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim and/or to Transfer Venue.

_____
Keith R. Truffer (Bar No. 01153)
Royston, Mueller, McLean & Reid, LLP
102 West Pennsylvania Avenue
Towson, Maryland 21204
410-823-1800
410-823-7859 (facsimile)

Attorneys for Resource Realty, Defendant

_____
Hugh J. Marbury (Fed. Bar No. 24653)
DLA Piper Rudnick Gray Cary LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

Keith W. Medansky
Alan S. Dalinka
DLA Piper Rudnick Gray Cary LLP
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
312-368-4000
312-236-7516 (facsimile)

Attorneys for CoStar Realty Information, Inc.
and CoStar Group, Inc., Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| CoSTAR REALTY INFORMATION, INC., et al., Plaintiffs, v. Atkinson Hunt, et al., Defendants. | Civil Action No. DKC04-3520 |

**ORDER**

Upon Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.'s and Defendant Resource Realty's stipulation to extend time to respond to Defendant's Motion to Dismiss Plaintiffs' Complaint for Failure to State a claim and/or to Transfer Venue, it is hereby ordered this _____ day of May, 2006, that that Plaintiffs have until Thursday, June 1, 2006 to respond.

_____
United States District Court Judge