CoStar Realty Information, Inc. et al v. Atkinson Hunt et al                                                    Doc. 18



**ATKINSON HUNT**

David R. Atkinson
*President*

1050 Kings Highway, Suite 202
Cherry Hill, NJ 08034
856-755-3575 • Fax 856-755-3570

May 30, 2006

<u>VIA FACSIMILE 301-344-0636</u>

The Honorable Peter J. Messitte
United States District Court
For the District of Maryland (Southern Division)
6500 Cherrywood Lane
Greenbelt, MD 20770

  Re: CoStar Realty Information, et al
    v. Atkinson Hunt, et al
    <u>Case No. PJM 06CV 0655</u>

Dear Judge Messitte:

  Since being served with the papers regarding the above-referenced matter, I have been diligently interviewing law firms in an attempt to retain one willing to represent me and my company within the limits of the assets available. I could not find counsel who would even consider this case without seeing the documentation that I have repeatedly requested.

  I never signed or saw the requested contracts filed. I wrote to Messrs. Davis (Resource Realty), Marbury and Truffer. Mr. Truffer left a message that he was only a "conduit" and suggested that Mr. Marbury could provide documentation. I requested that Friday, May 26, 2006 and received a phone message from Mr. Dalinka that he would not grant an extension. (Copies of these letters are attached.) No word was left concerning the exhibits and contract(s). It was only this morning, upon Mr. Davis' return from being out of town, that I received a copy of the contract, but none of the exhibits referenced in previous filings.

  Upon investigation of electronic filing of my letter to you, a very nice woman named Kate Owens told my secretary that this case was only electronically filed and could be accessed over the Internet only by an attorney. No one had told me that until today. As the only officer and stockholder, I felt that I had the right to file this

The Honorable Peter J. Messitte
May 30, 2006
Page 2

correspondence myself to protect my assets. I have no interest in representing myself once I find proper counsel. My company as well as Resource Realty, is a very small company (nine combined full-time employees compared to 1300+ employees for CoStar and Rudner). Despite the plaintiffs' legal litigation power", the <u>facts</u> will show there is no case against me, but I do need to find counsel now that I have a copy of the contract and exhibits.

Therefore, I urgently request a forty-five (45) day extension to find counsel to represent me. I would also request a change of venue closer to where the transactions took place and the employees who participated in these transactions are available to testify. One key person, Frank Iannuzzi, is presently hospitalized in Kennedy Hospital in Cherry Hill, New Jersey with replacement knee surgery. He was physically present in the data room when the data was first available and I ordered it <u>not used</u> in March of 2005.

I wish to thank you for your time and in advance for your kindness in providing us the time to retain proper representation in order to prepare our defense within the rules of the court.

Sincerely,

David R. Atkinson
President

cc: James Davis (via facsimile)
Hugh J. Marbury, Esq. (via facsimile)
Keith Truffer, Esq. (via facsimile)
Alan Dalinka (via facsimile)