U.S. DISTRICT COURT
DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| COSTAR REALTY INFORMATION, INC., et al. | * | |
| | * | |
| Plaintiffs, | | |
| v. | * | |
| | | Case No.: 8:06-CV-00655-PJM |
| ATKINSON HUNT, et al. | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * *

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take note of my appearance as counsel in this case for Defendant Atkinson Hunt.

/s/
Michael S. Yang
Gorman & Williams
Two North Charles Street
Suite 750
Baltimore, MD 21201
Bar Number: 25951
(410) 528-0600 (telephone)
(410) 528-0602 (facsimile)

Dated: June 30, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2006, a copy of the foregoing Notice of Appearance was filed and served in accordance with the Court's CM/ECF guidelines upon:

Alan Saul Dalinka
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Ste 1900
Chicago, Illinois 60601

Hugh J. Marbury
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Keith William Medansky
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Ste. 1900
Chicago, Illinois 60601
Attorneys for Plaintiffs

Keith R. Truffer
Royston Mueller McLean and Reid LLP
102 W. Pennsylvania Ave., Ste. 600
Towson, Maryland 21204
Attorney for Defendant Resource Realty of Southern New Jersey

                                                /s/
                                      Michael S. Yang