CoStar Realty Information, Inc. et al v. Atkinson Hunt et al                                                                    Doc. 24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ATKINSON HUNT, *et al.* <br><br> Defendants. | Civil Action No. PJM 06 CV 0655 |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANT'S "MOTION FOR EXTENSION OF TIME"**

Plaintiffs CoStar Realty Information and CoStar Group, Inc. (collectively, "CoStar"), by their attorneys, submit this Memorandum in Opposition to Defendant Atkinson Hunt's formal Motion For Extension of Time to Answer or Respond.

### Opposition

This is the second time in the past several weeks that CoStar has been faced with a request for extension of time *filed* by Defendant Atkinson Hunt: the first was the letter Mr. Atkinson, Atkinson Hunt's president, improperly filed with the Court ostensibly *pro se* (the "letters request"); and the second was the instant motion filed by his new counsel. Often such matters can be worked out as a matter of professional courtesy – as it had been twice before in this matter (*see* Motion for Extension of Time and Second Motion for Extension of Time filed March 31, 2006 and April 28, 2006, respectively). CoStar opposes the instant motion, however, as it previously opposed the "letters request," because of the amount of time that has already elapsed since Atkinson Hunt was served. Should this Court grant

Dockets.Justia.com

the instant request, nearly *five months* will have passed before Atkinson Hunt will have been required to plead.

As is clear from the docket, CoStar filed its Complaint in this action on March 13, 2006, and served Defendant Atkinson Hunt with Summons and Complaint on March 20, 2006. (*See* Affidavit of Service filed with this Court on March 29, 2006.) Twice, CoStar extended the courtesy of agreeing and moving to extend Atkinson Hunt's time to respond to Complaint. This Court granted both requests and ordered Atkinson Hunt to respond to the Complaint by June 1, 2006. (*See* Order dated April 28, 2006.) Rather than comply with that order, David Atkinson, president of Atkinson Hunt, made the "letters request" on May 30, 2006.

Atkinson Hunt has offered nothing but excuses for delaying so long before retaining counsel and now attempts to further delay justice by retaining counsel who will be unavailable to address this matter for an unreasonably long time. CoStar respectfully requests that Atkinson Hunt be ordered to respond to the Complaint by July 20, 2006 – 20 days from the date of its counsel's appearance.

Dated: July 5, 2006

Hugh J. Marbury (Fed. Bar No. 24653)
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

2

Keith Medansky (admitted *pro hac vice*)
Alan S. Dalinka (admitted *pro hac vice*)

DLA Piper Rudnick Gray Cary US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-4000
312-236-7516 (facsimile)

*Attorneys for Plaintiffs CoStar Realty Information and CoStar Group, Inc.*