IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ATKINSON-HUNT, *et al.*<br><br>　　Defendants. | Civil Action No. PJM 06 CV 0655 |

## NOTICE OF CHANGE OF FIRM NAME

Please take notice that the law firm of DLA Piper Rudnick Gray Cary US LLP has changed its name to DLA Piper US LLP.

Dated: September 12, 2006

　　　　　　　　　　　　　　　　　　　　　　/s/ Hugh J. Marbury
　　　　　　　　　　　　　　　　　　　　　Hugh J. Marbury (Fed. Bar No. 24653)
　　　　　　　　　　　　　　　　　　　　　DLA Piper US LLP
　　　　　　　　　　　　　　　　　　　　　6225 Smith Avenue
　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21209
　　　　　　　　　　　　　　　　　　　　　410-580-3000
　　　　　　　　　　　　　　　　　　　　　410-580-3001 (facsimile)

　　　　　　　　　　　　　　　　　　　　　Keith Medansky
　　　　　　　　　　　　　　　　　　　　　Alan S. Dalinka
　　　　　　　　　　　　　　　　　　　　　DLA Piper US LLP
　　　　　　　　　　　　　　　　　　　　　203 North LaSalle Street, Suite 1900
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601-1263
　　　　　　　　　　　　　　　　　　　　　312-368-4000
　　　　　　　　　　　　　　　　　　　　　312-236-7516 (facsimile)

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs CoStar Realty
　　　　　　　　　　　　　　　　　　　　　Information and CoStar Group, Inc.