IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ATKINSON-HUNT, *et al.* <br><br> Defendants. | Civil Action No. PJM 06 CV 0655 |

## INITIAL STATUS REPORT

The Plaintiffs CoStar Realty Information and CoStar Group, Inc., by their counsel, submit to the Court that there is no unanimous agreement among the Parties to proceed before a United States Magistrate Judge, nor is there unanimous agreement for an early settlement/ADR conference.

Dated: September 12, 2006

_____
Hugh J. Marbury (Fed. Bar No. 24653)
DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

Keith Medansky
Alan S. Dalinka
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1263
312-368-4000
312-236-7516 (facsimile)

Attorneys for Plaintiffs CoStar Realty Information and CoStar Group, Inc.