IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (SOUTHERN DIVISION)

| | |
|---|---|
| COSTAR REALTY INFORMATION AND COSTAR GROUP, INC.<br><br>Plaintiffs<br><br>v.<br><br>ATKINSON HUNT AND RESOURCE REALTY OF SOUTHERN NEW JERSEY<br><br>Defendants | *<br>*<br>*<br>*    CASE NO.: PJM06CV0655<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT RESOURCE REALTY'S ANSWER TO CROSS CLAIMS OF DEFENDANT ATKINSON HUNT

Resource Realty and Personal Property Evaluations, Inc. (hereinafter "Resource Realty"), Defendant and Cross Defendant, by undersigned counsel, answers the Cross Claims of Defendant and Cross Plaintiff, Atkinson Hunt, and says:

1. Cross Defendant Resource Realty denies the allegations of the claims contained in Count I of Cross Plaintiff Atkinson Hunt's Cross Claims.

2. Cross Defendant Resource Realty denies the allegations of the claims contained in Count II of Cross Plaintiff Atkinson Hunt's Cross Claims.

Further answering, Cross Defendant Resource Realty states that:

3. Cross Plaintiff Atkinson Hunt's Cross Claims fail to state a claim upon which relief can be granted.

4. Cross Plaintiff Atkinson Hunt's Cross Claims are barred by contractual obligations between Atkinson Hunt and Resource Realty.

CoStar Realty Information, Inc. et al v. Atkinson Hunt et al                Doc. 39

Dockets.Justia.com

5. Cross Defendant Resource Realty denies that it is in any way responsible to the Plaintiff on the Plaintiff's claims and also has no duty of contribution or indemnification to Cross Plaintiff Atkinson Hunt.

WHEREFORE, Cross Defendant Resource Realty respectfully requests the Court to enter judgment in favor of Cross Defendant Resource Realty together with any other relief this Court deems equitable and just.

Respectfully submitted,

/s/ Keith R. Truffer
Keith R. Truffer, Bar No. 01153
Royston, Mueller, McLean & Reid, LLP
102 W. Pennsylvania Ave., Suite 600
Towson, MD 21204
Telephone: (410) 823-1800

Jonathan D. Clemente, Esq.
John W. Hofsaess, Esq.
Clemente Mueller & Tobia, P.A.
P.O. Box 1296
Morristown, NJ 07962-1296
Telephone: (973) 455-8008
Attorneys for Defendant and
Cross Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2006, a copy of the foregoing Answer was filed and served in accordance with the Court's CM/ECF guidelines upon:

Alan Saul Dalinka, Esquire
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601

Hugh J. Marbury, Esquire
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
Attorneys for Plaintiff

Francis J. Gorman, Esquire
Michael S. Yang, Esquire
Gorman & Williams
Two North Charles Street
Baltimore, MD 21201
Attorneys for Defendant and Cross Plaintiff

/s/ Keith R. Truffer

F:\LITIGATIONS\KRT\ResourceRealty\AnswerCrossClaims.doc