### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ATKINSON HUNT et al. <br><br> Defendants. | Civil Action No. PJM 06 CV 0655 |

### MOTION & MEMORANDUM TO WITHDRAW APPEARANCE OF COUNSEL

Alan Saul Dalinka of the law firm of DLA Piper US LLP respectfully moves the Court for leave to withdraw his appearance as counsel of record for Plaintiffs COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC. (collectively "Plaintiffs").

### MEMORANDUM

In support of this motion, Mr. Dalinka states that Plaintiffs shall continue to be represented in this matter by other members of the DLA Piper US LLP law firm. In particular, Hugh J. Marbury of the firm's Baltimore, Maryland office, and Keith William Medansky of the firm's Chicago office both have entered appearances in this litigation.

Unrelated to this litigation, Mr. Dalinka has tendered his resignation to the law firm of DLA Piper US LLP, effective as of March 23, 2007, in order to accept the position of Associate General Counsel with Kaplan Higher Education. This motion is not intended to cause delay or prejudice any party.

WHEREFORE, Alan Saul Dalinka respectfully requests that this Court grant his motion for leave to withdraw his appearance and order the appearance of Alan Saul Dalinka withdrawn.

Respectfully submitted,

Dated: March 12, 2007    By: /s/ Alan Saul Dalinka

Hugh J. Marbury (Fed. Bar No. 24653)
DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland  21209
410-580-3000
410-580-3001 (facsimile)

Keith William Medansky
Alan Saul Dalinka
(pro hac vice)
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601-1263
Telephone:312.368.4000
Facsimile: 312.236.7516

Attorneys for Plaintiffs
CoStar Realty Information, Inc.
 and CoStar Group, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Michael Sean Yang
Gorman and Williams PC
Two N Charles St Ste 750
Baltimore, MD 21201
14105280600
Fax: 14105280602
Email: msyang@gandwlaw.com

Francis Joseph Gorman
Gorman and Williams PC
Two N Charles St Ste 750
Baltimore, MD 21201
14105280600
Fax: 14105280602
Email: FJGorman@GandWlaw.com

Keith R Truffer
Royston Mueller McLean and Reid LLP
102 W Pennsylvania Ave Ste 600
Towson, MD 21204
14108231800
Fax: 14108287859
Email: ktruffer@rmmr.com

                                           /s/ Alan Saul Dalinka
                                             Alan Saul Dalinka