UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.
    and CoSTAR GROUP, INC.,

Plaintiffs                                                          Case No. PJM 06 CV 0655

v.

ATKINSON HUNT and RESOURCE
    REALTY OF SOUTHERN NEW
    JERSEY

Defendants

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. and Defendants Atkinson Hunt and Resource Realty of Southern New Jersey jointly move this Court to amend the Scheduling Order.

1.      The parties are engaged in settlement negotiations which they hope will resolve the case without the need to burden further the resources of this Court or the parties.

2.      Under this Court's March 30, 2007 Order, discovery is scheduled to close on Wednesday, May 2, 2007.

3.      Rather than extend the discovery deadline and expend additional resources, the parties desire to extend the Scheduling Order by an additional 30 days. A proposed order is attached.

4.      This is the parties' third request for amendment of the Scheduling Order

Dockets.Justia.com

WHEREFORE, the parties request that the Court grant this Joint Motion and enter the attached order.

_____/s/_____
Francis J. Gorman
Michael S. Yang
GORMAN & WILLIAMS
Two North Charles Street
Baltimore, Maryland 21201
410-528-0600

Attorneys for Defendant Atkinson Hunt

_____/s/_____
Hugh J. Marbury, Bar No. 24653
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000

Keith Medansky
DLA PIPER US LLP
203 North LaSalle Street
Suite 1800
Chicago, Illinois 60601
312-368-4000

Attorneys for Plaintiff CoStar Realty
Information, Inc. and CoStar Group, Inc.

_____/s/_____
Keith R. Truffler, Bar No. 01153
ROYSTON, MUELLER, MCLEAN & READ, LLP
102 West Pennsylvania Avenue
Suite 600
Towson, Maryland 21204
410-823-1800

Jonathan D. Clemente
John W. Hofsaess
CLEMENTE MUELLER & TOBIA, P.A.
P.O. Box 1296
Morristown, New Jersey 07962
973-455-8008

Attorneys for Defendant Resource Realty of
Southern New Jersey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.
    and CoSTAR GROUP, INC.,

Plaintiffs

v.

ATKINSON HUNT and RESOURCE
    REALTY OF SOUTHERN NEW
    JERSEY

Defendants

Case No. PJM 06 CV 0655

**ORDER**

Upon the Parties' Joint Motion to Amend the Scheduling Order, the Court hereby amends

the Scheduling Order, this _____ day of _____, 2007, as follows:

1.  June 1, 2007       Discovery deadline; submission of status report.

2.  June 8, 2007       Requests for Admission.

3.  June 29, 2007      Dispositive pretrial motions deadline.

_____
Peter J. Messitte
United States District Judge