UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.
and CoSTAR GROUP, INC.,

Plaintiffs

v.

ATKINSON HUNT and RESOURCE
REALTY OF SOUTHERN NEW
JERSEY

Defendants

Case No. PJM 06 CV 0655

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. and Defendants Atkinson Hunt and Resource Realty of Southern New Jersey jointly move this Court to amend the Scheduling Order.

1. The parties are engaged in settlement negotiations which they hope will resolve the case without the need to burden further the resources of this Court or the parties.

2. Under this Court's April 30, 2007 Order, discovery is scheduled to close on Friday, June 1, 2007.

3. Rather than extend the discovery deadline and expend additional resources, the parties desire to extend the Scheduling Order by an additional 30 days. A proposed order is attached.

4. This is the parties' fourth request for amendment of the Scheduling Order.

WHEREFORE, the parties request that the Court grant this Joint Motion and enter the attached order.

_____
Francis J. Gorman (w/ permission)
Michael S. Yang
GORMAN & WILLIAMS
Two North Charles Street
Baltimore, Maryland 21201
410-528-0600

Attorneys for Defendant Atkinson Hunt

_____
Hugh J. Marbury, Bar No. 24653
DLA PIPER US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000

Keith Medansky
DLA PIPER US LLP
203 North LaSalle Street
Suite 1800
Chicago, Illinois 60601
312-368-4000

Attorneys for Plaintiff CoStar Realty
Information, Inc. and CoStar Group, Inc.

_____
Keith R. Truffler, Bar No. 01153 (w/ permission)
ROYSTON, MUELLER, MCLEAN & READ, LLP
102 West Pennsylvania Avenue
Suite 600
Towson, Maryland 21204
410-823-1800

Jonathan D. Clemente
John W. Hofsaess
CLEMENTE MUELLER & TOBIA, P.A.
P.O. Box 1296
Morristown, New Jersey 07962
973-455-8008

Attorneys for Defendant Resource Realty of
Southern New Jersey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoSTAR REALTY INFORMATION, INC.
and CoSTAR GROUP, INC.,

Plaintiffs

v.

ATKINSON HUNT and RESOURCE
REALTY OF SOUTHERN NEW
JERSEY

Defendants

Case No. PJM 06 CV 0655

## ORDER

Upon the Parties' Joint Motion to Amend the Scheduling Order, the Court hereby amends the Scheduling Order, this _____ day of _____, 2007, as follows:

1. July 2, 2007        Discovery deadline; submission of status report.
2. July 9, 2007        Requests for Admission.
3. July 30, 2007       Dispositive pretrial motions deadline.

_____
Peter J. Messitte
United States District Judge