IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| COSTAR REALTY INFORMATION, INC., et al. | * | |
| | * | |
| Plaintiffs, | | |
| v. | * | Case No.: 8:06-CV-00655-PJM |
| ATKINSON HUNT, et al. | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **<u>JOINT MOTION FOR ENTRY OF A LOCAL RULE 111 SETTLEMENT ORDER</u>**

Plaintiffs CoStar Realty Information, Inc. and CoStar Groups, Inc., Defendant Laser Marketing, Inc. d/b/a Atkinson Hunt, and Resource Realty of Southern New Jersey, a New Jersey corporation, jointly move pursuant to Local Rule 111 for an order dismissing the case, and say as follows:

1. The case has been settled.

2. The parties request that the Court enter an Order dismissing the case and providing that each party shall pay its own costs, with the Order of dismissal being without prejudice to the right of a party to move for good cause to reopen the case with in sixty (60) days if the settlement is not consummated.

3. The parties intend to file (A) Stipulation for Entry of Judgment and Permanent Injunction Against Defendants Atkinson Hunt and Resource Realty of Southern New Jersey, and (B) Notice of Satisfaction and Discharge of Judgment.

         /s/
Hugh J. Marbury (Fed. Bar No. 24653)
Keith W. Medansky
**DLA PIPER**
6225 Smith Avenue
Baltimore, Maryland 21209
Attorneys for CoStar Realty Information, Inc., and CoStar Group, Inc.
(signed by Francis J. Gorman with permission of Keith Medansky)


      /s/
Francis J. Gorman (Bar No. 00690)
**GORMAN & WILLIAMS**
Two North Charles Street
Baltimore, Maryland 21201-3754
Telephone: (410) 528-0600
Facsimile: (410) 528-0602
Attorneys for Defendant Atkinson Hunt


        /s/
John W. Hofsaess
**CLEMENTE MUELLER & TOBIA, P.A.**
P. O. Box 1296
Morristown, New Jersey 07962-1296
Attorneys for Resource Realty of Southern New Jersey
(signed by Francis J. Gorman with permission of John W. Hofsaess)


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2007, a copy of the foregoing Joint Motion was filed and served in accordance with the Court's CM/ECF guidelines upon:


Hugh J. Marbury
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue

Baltimore, Maryland  21209-3600

Keith William Medansky
DLA Piper Rudnick Gray Cary US LLP
203 N. LaSalle St., Ste. 1900
Chicago, Illinois 60601
Attorneys for Plaintiffs

John W. Hofsaess
Clemente Mueller & Tobia, P.A.
P. O. Box 1296
Morristown, New Jersey 07962-1296

Keith R. Truffer
Royston Mueller McLean and Reid LLP
102 W. Pennsylvania Ave., Ste. 600
Towson, Maryland  21204
Attorney for Defendant Resource Realty of Southern New Jersey