IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., et al. | * |
| Plaintiffs, | * |
| v. | * |
| ATKINSON HUNT, et al. | Case No.: PJM 06 CV-0655 |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## Notice of Satisfaction and Discharge of Judgment

Plaintiffs, CoStar Realty Information, Inc., and CoStar Group, Inc., file this Notice of Satisfaction and Discharge the monetary portions of the stipulated Judgment entered in this action against Laser Marketing Inc., d/b/a Atkinson Hunt, and Resource Realty of Southern New Jersey, a New Jersey corporation.

The Injunction and non-monetary provisions on pages 4 and 5 of the Judgment entered by the Court remain in full force and effect.

**COSTAR REALTY INFORMATION, INC.**
and **COSTAR GROUP, INC.**

_/s/_

Hugh J. Marbury (Fed. Bar No. 24653)
Keith W. Medansky
DLA Piper
6225 Smith Avenue
Baltimore, Maryland 21209

Attorneys for CoStar Realty Information, Inc., and CoStar Group, Inc.